UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

PAUL R. DILGER, DERRICK J. HAMMETTER, ANTOINETTE M. VINKAVICH, PATRICIA A. SKRZPCHAK, and DON TIEGS,

    Plaintiffs,

v.

IOD INCORPORATED, ABC INSURANCE CO., VERISMA SYSTEMS, INC, DEF INSURANCE CO., CIOX HEALTH, LLC, and GHI INSURANCE CO.,

    Defendants.

Case No.: 17-CV-1753

## CERTIFICATE OF INTEREST AND RULE 7.1 DISCLOSURE STATEMENT

The undersigned, as counsel of record for defendants Tri-State Adjustments, Inc., provides the following information in compliance with Federal Rule of Civil Procedure 7.1:

1. Full name of every party the attorney represents in this matter:

    **Verisma Systems, Inc.**

2. Parent corporations and stockholders:

    a. Parent corporations, if any: **None.**

    b. List of corporate stockholders that are publicly held companies owning 10 percent or more of the stock of the party or amicus: **None.**

3. The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in this court:

    **Hinshaw & Culbertson LLP**

Dated this 20th day of December, 2017.

                    /s/ David J. Hanus
                    David J. Hanus
                    State Bar No. 1027901
                    Defendant VERISMA SYSTEMS, INC.
                    **HINSHAW & CULBERTSON LLP**
                    100 E. Wisconsin Avenue
                    Suite 2600
                    Milwaukee, WI 53202
                    Phone No. 414-276-6464
                    Fax No. 414-276-9220
                    E-mail Address(es):
                    dhanus@hinshawlaw.com