# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**PAUL R. DILGER, ET AL.,**

      **Plaintiffs,**

      v.                   Case No. 17-CV-1753

**IOD INCORPORATED, ET AL.,**

      **Defendants.**

---

## COURT MINUTES OF TELEPHONE STATUS CONFERENCE

### HONORABLE WILLIAM E. DUFFIN PRESIDING

DATE: January 18, 2018 at 10:30 A.M.      DEPUTY CLERK: Mary Murawski

TIME COMMENCED: 10:30:39      TIME CONCLUDED: 10:47:27

TAPE/COURT REPORTER: FTR Gold

APPEARANCES:

    PLAINTIFF – Attorney Brett A. Eckstein, Allan M. Foeckler
         and Edward E. Robinson
    DEFENDANT – Attorney David J. Hanus for Verisma Systems, Inc.
         Attorney Daniel A. Manna and John A. Franke
         for Ciox Health LLC

COMMENTS:
COURT informs counsel that a magistrate judge can sit by consent of all parties on a case. IOD Incorporated had not appeared or consented. Court's understanding IOD merged with Ciox Health.

ECKSTEIN: Plaintiff's position is IOD needs to stay in the case.

MANNA:  Counsel did not appear for IOD and it doesn't have a legal existence.

ECKSTEIN:  There is a paper trail that IOD was continuing to do business.

FRANKE:  Need time to try to work this out if there is a brief solution on the IOD issue.

COURT will give the parties until Ciox files its response to plaintiff's motion to remand to sort out the IOD issue.  If there is no appearance or consent from IOD, this court will reassign this case to a district judge.

2
Case 2:17-cv-01753-WED   Filed 01/18/18   Page 2 of 2   Document 19