## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

PAUL R. DILGER, DERRICK J. HAMMETTER,
ANTOINETTE M. VINKAVICH, PATRICIA A.
SKRZYPCHAK, AND DON TIEGS,

    Plaintiffs,

v.

IOD INCORPORATED, ABC INSURANCE CO.,
VERISMA SYSTEMS, INC., DEF INSURANCE CO.,
CIOX HEALTH, LLC, and GHI INSURANCE CO.,

    Defendants.

Case No.: 2:17-CV-1753

## DECLARATION OF SHAWKY HADDAD

I, Shawky Haddad, declare as follows:

1. I am employed by Ciox Health, LLC ("Ciox") as the Senior Vice President of Operations for Ciox for the state of Wisconsin. I have held this position since April 2017 and have been with Ciox/HealthPort since February 2016. I make this declaration based upon my personal knowledge and my review of the relevant business records regarding the issues that form the subject matter of this action, certain of which are referred to herein and attached hereto.

2. Ciox Health, LLC is a single-member limited liability company formed under the laws of the State of Georgia. The sole member of Ciox is Smart Holdings Corp., which is a c-corporation incorporated under the laws of the State of Delaware.

3. Smart Holdings Corp. has its principal place of business in Alpharetta, Georgia.

4. Attached as Exhibit A is a certified copy of the Certificate of Incorporation of Smart Holdings Corp. filed with the Delaware Secretary of State.

5. IOD Incorporated merged with HealthPort Technologies, LLC on December 31, 2015, with the surviving entity named HealthPort Technologies, LLC. HealthPort changed its name to Ciox Health, LLC a few months later. Ciox therefore has custody and control of IOD's records.

6. Based upon my review of Ciox's records, IOD issued over 5,000 invoices to attorneys in many different states who requested patient health care records from Wisconsin health care providers using HIPAA authorizations between July 1, 2011 and December 31, 2015, and in which charges for either certification or retrieval fees appeared.

**[REMINDER OF PAGE INTENTIONALLY LEFT BLANK]**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2018.

                                                            s/Shawky Haddad
                                                            Shawky Haddad